NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JOSEPH B. WIDMAN (Cal. SBN 256189)
Assistant United States Attorney
Chief, Riverside Branch Office
    3403 10th Street, Ste. 200
    Riverside, California 92501
    Telephone: (951) 276-6945
    Facsimile: (951) 276-6202
    Email: Joseph.Widman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FORREST WOOD DAVIS,<br>  aka "Woody Davis,"<br>  aka "Woody Williams,"<br><br>    Defendant. | No. ED CR 17-277-JLS (xSHK)<br><br>[PROPOSED] ORDER PERMITTING GOVERNMENT TO GIVE U.S. MARSHALS SERVICE AND ITS DESIGNEES DOCUMENTS REGARDING DEFENDANT'S MEDICAL CARE AND CONDITION WHICH WERE PREVIOUSLY FILED UNDER SEAL |

    The Court has reviewed and considered the government's unopposed *ex parte* application filed June 1, 2018.  For good cause shown, the application is hereby granted.  The government may give the U.S. Marshals Service (the "USMS") and its designees involved in the medical care being provided to defendant, including officials with the San Bernardino County Sheriff's Department, copies of sealed pleadings which may be relevant to defendant's medical care and condition.  These documents are to be used only for assessing defendant's condition and providing medical service to defendant. The documents in question are defendant's memorandum in support of pretrial release, filed April 9, 2018 (Docket No. 36) and defendant's

reply brief in support of pretrial release, filed April 26, 2018 (Docket No. 41).

    IT IS SO ORDERED.

_____     _____
DATE                                        HONORABLE SHASHI H. KEWALRAMANI
                                                     UNITED STATES MAGISTRATE JUDGE

Respectfully presented by:

/s/ *Joseph B. Widman*
JOSEPH B. WIDMAN
Assistant United States Attorney

2