UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. **ED17CR00277-JLS** | Date **June 11, 2018** |

Present: The Honorable **SHASHI H. KEWALRAMANI, UNITED STATES MAGISTRATE JUDGE**

Interpreter N/A

| D. Castellanos | Court Smart #4 | Joseph Widman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Forrest Wood Davis (Appearance Waived) | | | | Joseph Shemaria | | X | X |

**Proceedings:**   STATUS CONFERENCE RE: MEDICAL TREATMENTS
                  ( SEALED HEARING)

The Court held a status hearing in this matter. Assistant United States Attorney Joseph Widman appeared on behalf of the government. Retained attorney Joseph Shemaria appeared on behalf of defendant Forrest Wood Davis who waived his appearance. Also present was Supervisory Deputy United States Marshal Roberto Felix. The Court and the parties discussed the current medical treatments that are being performed on Mr. Davis at his current housing facility. Following discussion between the Court and the parties, the Court determined that it is in the best interest of Mr. Davis for the physician at his current facility communicate with his previous physician in Arizona to discuss what diagnostics are adequate for Mr. Davis. As such, the Court ORDERS the parties to provide a brief status report via email by June 15, 2018. Furthermore, the Court sealed this hearing until further order from the Court.

**IT SO ORDERED**

| | |
|---|---|
| Initials of Deputy Clerk | DC |
| Time in Court | :15 |