NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Case No. 5:17-CR-277-JLS |
| | ) |
| Plaintiff, | ) ORDER CONTINUING DEFENDANT'S |
| | ) **HEARING ON APPEAL OF DETENTION** |
| vs. | ) ORDER |
| | ) |
| **FORREST WOOD DAVIS,** | ) |
| | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING,

From the stipulation of counsel, it is hereby ordered that the Hearing on Defendant's Appeal of Detention Order is hereby continued from July 20, 2018 to August 3, 2018 at 9:30 A.M.

Dated: July 19, 2018.                _____JOSEPHINE L. STATON_____
                                      HONORABLE JOSEPHINE L. STATON
                                       UNITED STATES DISTRICT JUDGE
`

-1-