

3838 N. Campbell Ave.
Tucson , Arizona 85719

University of Arizona
Cancer Center

August 1, 2018

To Honorable Josephine L. Staton,

Regarding Forrest Davis (DOB 1/5/44)

Based on my review of his medical records he will need PET/CT to evaluate his metastatic breast cancer.
If his cancer progressed, his treatment will need to be changed to IV chemotherapy and he will need to
be closely monitored for toxicities giving his multiple comorbidities.

His counsel, Joe Shemaria, is reporting that Mr.Davis is having new -onset headaches. Given the
biology of his tumor those symptoms would warrant further investigation to evaluate for any
brain metastases and if evidence of such disease his treatment would warrant change.

Dr. Pavani Chalasani
Assistant Professor of Medicine
University of Arizona Cancer Center
520-694-2873

EXHIBIT "A"