# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | EDCR 17-00277-JLS |
| Date | August 3, 2018 |

**Present: The Honorable**  JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE

**Interpreter**  None

| Terry Guerrero | Sharon Seffens | Joseph Widman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| FORREST WOOD DAVIS | X | X | | Joseph Shemaria | X | | X |

**Proceeding**   Hearing Re Appeal of Detention Order (Docs. 56, 57)

Defendant present in court unshackled. Pretrial Services Officer, Ada O'Neil, and U.S. Marshal Services Supervisor, Roberto Felix, present in court. Hearing held. Oral arguments heard. Request to modify detention order is DENIED.

: 30

Initials of Deputy Clerk   tg